IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ERNEST DWIGHT LINDSEY,**

   **Plaintiff,**

vs.                                   CIVIL ACTION 12-0053-CG-M

**STATE OF ALABAMA, et al.,**

   **Defendants.**

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Motion to Dismiss (Doc. 8) be **GRANTED** and Plaintiff's Complaint be dismissed.

**DONE and ORDERED** this 1st day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE